# Court of Appeals
# of the State of Georgia

ATLANTA,  May 28, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1053. JAMIE M. DANIEL v. TRAVIS S. DANIEL.

Jamie M. Daniel (the "mother") appeals from the superior court's order dismissing her complaint for modification of custody. Because the issues she raises on appeal are moot in light of this Court's February 21, 2024 opinion in related Case No. A24A0371, we dismiss this appeal.

The mother and Travis S. Daniel (the "father") divorced in 2018. In 2022, the father petitioned for custody modification in superior court, which transferred the matter to juvenile court. The juvenile court entered an order in May 2023 granting physical custody of the children to the father and ordering the mother to pay child support. The mother filed a motion for new trial, which the juvenile court denied, and, in a separate order, the juvenile court suspended the mother's visitation. The mother filed a notice of appeal from the orders modifying custody and child support, denying her motion for new trial, and suspending her visitation. That appeal was docketed in this Court as Case No. A24A0371. We issued our opinion on February 21, 2024, and the remittitur issued on March 8, 2024.

While that appeal was pending, the mother filed a complaint for modification of custody in superior court. The superior court dismissed the case on January 25, 2024, finding that it lacked jurisdiction because a modification of custody case was on appeal in this Court. On January 26, 2024, the mother filed this direct appeal of the superior court's dismissal order. All of the issues the mother raises on appeal relate to what the superior court was or was not authorized to do while the related appeal in Case No. A24A0371 was pending. As that appeal is no longer pending, this appeal is

DISMISSED as MOOT. See OCGA § 5-6-48 (b) (3) (an appeal may be dismissed when the questions presented have become moot).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__05/28/2024_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*